[Cite as *1/02/2004 Case Announcements,* 2004-Ohio-11.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 2, 2004*

### MOTION AND PROCEDURAL RULINGS

**2003–1441. State v. Roberts.**
Trumbull C.P. No. 01CR793. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Trumbull County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to January 31, 2004.